## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| OLIVIER L.F. ASSER, | Civil No. 06-2438 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER** |
| KELLY LAW REGISTRY, KELLY SERVICES, and THE THOMSON CORPORATION, | |
| Defendants. | |

_____

Olivier L. F. Asser, 10309 Garden Way, Potomac, MD 20854, plaintiff *pro se*.

No appearance on behalf of defendants.

The above-entitled case comes before the Court upon the plaintiff's notice of voluntary dismissal without prejudice (Docket No. 53), in accordance with Fed. R. Civ. P. 41(a)(1). No answer or other pleading has been filed in this case.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that plaintiff's claims in this action are **DISMISSED WITHOUT PREJUDICE**.

DATED: August 11, 2006
at Minneapolis, Minnesota.

                                                    s/John R. Tunheim
                                                   JOHN R. TUNHEIM
                                         United States District Judge